```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15602
    JENNIFER M JOHNSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-9322
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/18/08 and confirmed on 09/25/08.

    2.  The case was converted to Chapter 7 after confirmation, 02/12/2009.

    3.  The Debtor paid a total of $   3239.34 .

    4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 28170.80 | .00 | 698.63 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK NA | UNSECURED | 20403.53 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3066.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 791.30 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HOME MTGE | SECURED | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 17221.86 | .00 | 119.03 |

        Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 45392.66 | .00 | 24260.98 | .00 | 69653.64 |
| PRINCIPAL PAID | 817.66 | .00 | .00 | .00 | 817.66 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 817.66 | .00 | .00 | .00 | 817.66 |

The Debtor's attorney, CHAD M HAYWARD              , was allowed $   3250.00
and was paid $   1000.00  direct and $   2250.00  through the plan.

The Trustee received $    171.68 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 02/27/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
     CASE NO. 08 B 15602 JENNIFER M JOHNSON